

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00146-CV

The Most Reverend Wm. Michael **MULVEY**, S.T.L., D.D. Bishop of Corpus Christi
(Appellant/Cross-Appellee),
Appellant

v.

**BAY, LTD**. (Appellee/Cross-Appellant),
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's reply brief is due on October 8, 2020. Before the due date, Appellant filed an unopposed motion for a thirty-day extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on November 9, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court